United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN D. GARSA, JR., § § Plaintiff, § § VS. § JENNIFER SHOEMAKER, *et al.*, § § Defendants. § § § § | CIVIL ACTION NO. 1:21-CV-113 |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On July 26 2021, Plaintiff Juan D. Garsa Jr. filed a prisoner civil rights complaint against Defendants Jennifer Shoemaker, Jail Standards, Admin Cortez, Joe Salazar, and the Willacy County Sheriff's Department, but did not pay the filing fee or move to proceed *in forma pauperis*. (Doc. 1) Garsa alleges that his Sixth and Eighth Amendment rights are being violated "every day", that he has not been allowed to correspond with defense counsel, and that he has not been granted "reasonable access to adequately staffed law libraries". (*Id.*)

In July 2021, the Magistrate Judge ordered Garsa to either pay the filing fee or move to proceed *in forma pauperis* by August 27. (Order, Doc. 4) The Order notified Garsa that "[f]ailure to comply with this requirement may result in the complaint being dismissed without prejudice for want of prosecution." (*Id.*) The Order was sent to Garsa's last known address, and receipt of delivery was signed. (Certified Mail Receipt, Doc. 6) To date, Garsa has still not complied with the Order.

On October 8, 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 8), recommending that Garsa's action be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). A copy of the Report and Recommendation was sent to Garsa's last known address, and receipt of delivery was signed. (Certified Mail Receipt,

Doc. 10) No party filed objections. The Court finds no clear error in the Report and Recommendation.

As a result, the Court **ADOPTS** the Report and Recommendation. (Doc. 8) It is:

**ORDERED** that Plaintiff Juan D. Garsa Jr.'s causes of action against Defendants Jennifer Shoemaker, Jail Standards, Admin Cortez, Joe Salazar, and the Willacy County Sheriff's Department (Doc. 1) are **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to close this matter.

Signed on November 1, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge